# MEMORANDUM CASE.

[Civil No. 3932. First Appellate District, Division One.—November 17, 1921.]

UNITED TAXPAYERS COMPANY (a Corporation), Respondent, v. CITY AND COUNTY OF SAN FRANCISCO, Appellant.

[1] TAXATION—RECOVERY OF TAXES PAID UNDER PROTEST—INTEREST.—Judgment modified on authority of *United Taxpayers Co.* v. *City and County of San Francisco, ante,* p. 239.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. James M. Troutt, Judge. Modified.

The facts are the same as those stated in the opinion in the case of *United Taxpayers Co.* v. *City and County of San Francisco, ante,* p. 239.

George Lull, City Attorney, and Maurice T. Dooling, Jr., Assistant City Attorney, for Appellant.

Joseph E. Bien and Edwin H. Williams for Respondent.

THE COURT.—[1] Upon the authority of *United Taxpayers Co.* v. *City and County of San Francisco, ante,* p. 239 [203 Pac. 120], and for the reasons stated therein, the judgment for $5,000 rendered and entered herein is modified so as to strike therefrom $780.63 as of the date of the entry thereof. The trial court is hereby directed to make such modification and enter its judgment accordingly in the plaintiff's favor for the sum of $4,219.37 as of the date of its original judgment herein.